■ In the Matter of NORINE HACKNEY, Respondent, v. MATTHEW CRAWFORD, Appellant.— Order unanimously affirmed with costs, upon the opinion at Family Court. (Appeal from order of Erie County Family Court in paternity proceeding.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Cardamone, JJ.

■ NFS DEVELOPMENT CO., INC., Respondent, v. TOWN OF HENRIETTA et al., Appellants. (Appeal No. 1.) — Judgment and order unanimously affirmed with costs, upon the opinion at Trial Term. (Appeal from judgment and order of Monroe Trial Term declaring zoning ordinance invalid.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Cardamone, JJ.

■ REUBEN GOLDMAN, Respondent, v. TOWN OF HENRIETTA et al., Appellants. (Appeal No. 2.) — Judgment and order unanimously affirmed, with costs, upon the opinion at Trial Term. (Appeal from judgment and order of Monroe Trial Term declaring zoning ordinance invalid.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Cardamone, JJ.